**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO. | ) | FILED: MAY 08, 2008 |
| | ) | 08CV2659   LCW |
| Plaintiff, | ) | JUDGE NORGLE |
| | ) | MAGISTRATE JUDGE BROWN |
| v. | ) | Case No. _____ |
| | ) | |
| JOSEPH ESHO, et al., | ) | (Formerly Case No. |
| | ) | 08 CH 8959 |
| Defendants. | ) | Cook County Circuit Court) |

**UNITED STATES OF AMERICA'S NOTICE OF REMOVAL
TO THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

The defendant United States of America, by and through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby files this notice of removal.  In support thereof, the defendant United States alleges that the action styled *Way-Ken Contractors Supply Co. v. Joseph* Esho, et al., Case No. 08 CH 8959, now pending in the Circuit Court of Cook County in the State of Illinois, is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1), as it is brought against the United States, and 28 U.S.C. § 1444, as it appears to be an action of partition against the United States under the provisions of 28 U.S.C. § 2410.

Photocopies of the summons, complaint, together with attachments, constituting all non-duplicative  process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

PATRICK J. FITZGERALD
United States Attorney

JOEL R. NATHAN
Assistant United States Attorney

*s/ Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
E-mail: Raagnee.Beri@usdoj.gov

## **CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing UNITED STATES' NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS HAS this 8th day of May, 2008, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Mark Gryska
Nigro & Westfall, P.C.
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

Shami Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Karolin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Joseph Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Albertin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Nationscredit Financial Services
c/o CT Corporation
208 LaSalle St., #814
Chicago, IL 60604

*s/ Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
Email: Raagnee.Beri@usdoj.gov

08CV2659 LCW
JUDGE NORGLE
MAGISTRATE JUDGE BROWN

STATE OF ILLINOIS    )
                     )SS.
COUNTY OF COOK       )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

WAY-KEN CONTRACTORS SUPPLY CO.

    Plaintiff,
    -vs-

JOSEPH ESHO, SHAMI ESHO, KAROLIN ESHO,
ALBERTIN ESHO, NATIONSCREDIT FINANCIAL
SERVICES CORPORATION, THE UNITED STATES OF
AMERICA, STATE OF ILLINOIS AND UNKNOWN
OWNERS and CLAIMANTS
    Defendants.

NO. 08CH0895

## COMPLAINT FOR PARTITION

NOW COMES the plaintiff, WAY-KEN CONTRACTOR'S SUPPLY (WAY-KEN), by Nigro & Westfall, P.C., it's attorneys, and complains of the defendants, JOSEPH ESHO, SHAMI ESHO, KAROLIN ESHO, ALBERTIN ESHO AND NATIONSCREDIT FINANCIAL SERVICES CORPORATION, AND UNKNOWN OWNERS, as follows:

1. The plaintiff's business is located in the County of Cook and State of Illinois, and that the real estate hereinafter described is located therein.

2. That by a judge's deed dated August 20, 2007, and recorded in the office of the Recorder of Deeds of Cook County, on September 13, 2007, as document No. R07-25622108, the plaintiff, WAY-KEN acquired an undivided one-half interest in fee simple title in the following described real estate situated in Cook county, Illinois and are described as follows:

> Lot 252 (EXCEPT THE EAST 6-2/3 FEET) AND THE EAST 10 FEET OF LOT 253 TO WILLIAM H. BRITIGAN'S BUDLONG WOODS GOLF CLUB ADDITION BEING A SUBDIVISION OF THE SOUTH ½ OF THE WEST ½ OF THE NORTHEAST ¼ OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, COOK COUNTY,

ILLINOIS to have and to hold the same with all the appurtenances thereto belonging forever.

2717 W. Farragut Ave., Chicago, IL 60625

That the above described real estate is being inhabited by Joseph Esho, Shami Esho, Karolin Esho and Albertin Esho. The deed is attached hereto as Exhibit "1".

3. That the plaintiff and defendants, Joseph Esho and Shami Esho are therefore the owners of and seized in fee simple as tenants in common of the aforesaid real estate in the following interests:

    (a)    plaintiff an undivided one-half interest;
    (b)    Joseph Esho and Shami Esho an undivided one-half interest;

4. That the above described premises is the only real estate owned in common by the parties in paragraph 3 above and that Nationscredit Financial Services Corporation has an interest in the property because of a mortgage.

> THE UNITED STATES OF AMERICA, by virtue of a NOTICE OF FEDERAL TAX LIEN filed against YOUSIF & SHAMI ESHQ whose address is 2717 W FARRAGUT AVE, CHICAGO, IL 60625, identified by #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, for the non-payment of the 1040 tax for the tax period(s) ending 12/31/96, recorded in COOK County, IL, on 11/13/00, as Doc.#00888236, for $34,322.00 filed by the CHICAGO, Illinois Internal Revenue Office.

> THE UNITED STATES OF AMERICA, by virtue of a NOTICE OF FEDERAL TAX LIEN filed against YOUSIF & SHAMI ESHO whose address is 2717 W FARRAGUT AVE., CHICAGO, IL 60625, identified by #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, for the "non-payment of the 1040 tax for the tax period(s) ending 12/31/99, recorded in COOK County, IL, on 12/11/00, as Doc.#00971927, for $2,317.18 , filed by the CHICAGO, Illinois Internal Revenue Office.

> STATE OF ILLINOIS by virtue of a CLAIM FOR LIEN against the property located at 2717 FARRAGUT AVE., CHICAGO, IL 60625 for the purpose of NOTICE OF LIEN for contributions dated 4/17/01 and recorded 06/25/01 in the office of the Recorder of Deeds of COOK County as Document No. 0010552941 and in the sum of $817.04.

5. That in addition to persons designated by name herein, there may be other persons who are interested in this action and who have or claim some right, title, interest or lien in, to, or upon the real estate, or some part thereof, in the Complaint described; that the name of each of such

other persons is unknown to plaintiff and on diligent inquiry cannot be ascertained, and all such persons are therefore made parties defendant to this action by the name and description Unknown Owners and Claimants.

6.   The plaintiff wishes to sell it's half-interest in the property and the defendants Joseph Esho, Shami Esho do not.  These  two defendants and their two daughters, Karolin Esho and Albertin Esho now occupy the house.  The plaintiff cannot sell the house  without these defendants' cooperation and with them occupying the premises.  The house must be put in a presentable condition and this cannot be done with them living in the house.

7.   That the plaintiff has no adequate remedy at law.

WHEREFORE, plaintiff prays as follows:

(a)   That the part or share justly belonging to this plaintiff, and all other persons hereinabove named in and to the aforesaid expenses, may be settled and ascertained by and under the direction of Court; and

(b)   That a just and true accounting be taken of all sums expended by the plaintiff and defendants herein in connection with said hereinabove described property, that in the event of partition, judgment be entered against each defendant for his proper portion of such sums as are found due, and that in the event of such sale, this plaintiff be reimbursed for such sums as are found to have been expended by it; and

(c)   That a division and partition thereof may be made between this plaintiff and all other persons who shall appear to be the owners of or interested therein, according to the respective rights and interests of each therein, and since a division cannot be made without manifest prejudice to the owners, then that the same, or such parts thereof as cannot be so divided and partitioned may be sold by and under the direction of this Court, and that the proceeds of the sale, after paying the costs and charges of this suit be divided among the owners thereof according to their rights and interests therein; and

(d)   That, to that end, the rights, title, lien and all interests whatsoever of all parties interested in said premises, or in the proceeds thereof, may be ascertained and declared by order and decree of this Court; and

(e)   That plaintiff be reimbursed for all costs and expenses in connection with bringing this action including but not limited to attorney's fees so that each party shall pay his or her equitable share.

(f) That this plaintiff may have such other and further relief in the premises as equity may require.

WAY-KEN CONTRACTORS SUPPLY CO.

BY: _____

NIGRO & WESTFALL, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630) 682-9872
Attorney No. 11256

## VERIFICATION BY CERTIFICATION
## §1-109 AND §2-610(b) OF
## THE CODE OF CIVIL PROCEDURE

WAYNE WEINKE, JR. under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Way-Ken Contractors Supply, Co.
Wayne Weinke Jr., President

NIGRO & WESTFALL, P.C.
1793 Bloomingdale Road
Glendale Heights, IL. 60139
(630) 682-9872
Atty. No.   11256



Doc#: 0725622108 Fee: $28.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 09/13/2007 03:22 PM Pg: 1 of 3

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF C O O K   )

IN THE CIRCUIT COURT OF COOK COUNTY, IL
COUNTY DEPARTMENT, LAW DIVISION

WAY-KEN CONTRACTORS SUPPLY CO.   )
                                 )
         Plaintiff,              )
             -vs-                ) NO. 05 L 050891
                                 )
MASTER ROOFING & CONSTRUCTION, INC.  )
AND JOSEPH ESHO, Ind.            )
         Defendants.             )

## JUDGE'S DEED

Pursuant to the Order Confirming Sale entered herein on _August 20, 2007_, and by authority of 735 ILCS 5/12-147 this deed, sufficient to convey title to the following-described real estate, is executed and delivered to the holder of the certificate of sale. As thereby directed, the undersigned, FINDS AND DECLARES:

1. The undersigned grantor is a Judge of the Circuit Court of the circuit and county identified above and issues this deed by the authority stated above.

2. Said real estate is subject to all general real estate taxes and thereafter, special assessments, if any, and easements and restrictions of record, any mortgages, IRS liens, State of Illinois Liens records prior to June 4, 2001.

3. The defendant, Joseph Esho, is entitled to a homestead exemption of $15,000.00 which the plaintiff shall deposit with the Clerk of the Court, and notify defendant to pick-up said check from the Clerk of the Court. Plaintiff shall file with the Clerk of the Court proof of said deposit in seven days. This deed shall be null and void if not done.

4. Whereas the plaintiff, Way-Ken Contractor's Supply Co. in the Circuit Court of DuPage County recovered a judgment against Joseph Esho for the sum of $ 99,665.06 and costs on April 24, 2001, and a certified copy of the judgment, issued on September 8, 2005, by virtue of which the plaintiff, levied upon the premises hereinafter described, and the time and place of the sale thereof having been duly advertised according to law, the same were struck off and sold to plaintiff, Way-Ken contractor's Supply Co., it being the highest and best bidder therefor.

Now, therefore, I, Judge _ALEXANDER WHITE_ of the County of Cook, in consideration of the premises, hereby convey to plaintiff, Way-Ken Contractor's Supply, Co., it's successors and assigns the following described lot or parcel of land: Joseph Esho's half-

PLAINTIFF'S EXHIBIT 7

interest in said real estate and premises are situated in Cook county, Illinois and are described as follows: Lot 252 (EXCEPT THE EAST 6-2/3 FEET) AND THE EAST 10 FEET OF LOT 253 TO WILLIAM H. BRITIGAN'S BUDLONG WOODS GOLF CLUB SUBDIVISION BEING A SUBDIVISION OF THE SOUTH ½ OF THE WEST ½ OF THE NORTHEAST ¼ OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, COOK COUNTY, ILLINOIS to have and to hold the same with all the appurtenances thereto belonging forever

DATED this _____ day of _____

ENTERED
JUDGE ALEXANDER P. WHITE - 0241
AUG 20 2007
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

NIGRO & WESTFALL, P.C.
1793 Bloomingdale Road
Glendale Heights, IL. 60139
(630) 682-9872
Atty. No. 11256

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CHANCERY DIVISION

(Name all parties)

WAY-KEN CONTRACTORS SUPPLY

v.                                                   No. 08CH08959

JOSEPH ESHO, SHAMI ESHO, KAROLIN ESHO, ALBERTIN ESHO, NATIONSCREDIT FINANCIAL SERVICES, THE UNITED STATES OF AMERICA, STATE OF ILLINOIS AND UNKNOWN OWNERS AND CLAIMANTS

**SUMMONS**

RECEIVED 2008 APR -9 [UNITED STATES DISTRICT COURT NORTHERN DISTRICT CHICAGO, ILLINOIS]

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 11256
Name: Mark Gryska/Nigro & Westfall, P.C.
Atty. for: plaintiff
Address: 1793 Bloomingdale Rd.
City/State/Zip: Glendale Heights, IL 60137
Telephone: 630-682-9872

WITNESS, MAR 10 2008
DOROTHY BROWN
OF CIRCUIT COURT

_____
Clerk of Court

Date of service: _____,_____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Service list

No: _____

Way Ken

Vs

Joseph Esho, Shami Esho, Karolin Esho, Albertin Esho, et al.

**Service List:**

Joseph Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Shami Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Karolin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Albertin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

The United States of America
Patrick J. Fitzgerald
U.S. Attorney's Office
219 S. Dearborn St.
5th Fl.
Chicago, IL 60604

State Of Illinois
Attorney General Lisa Madigan
100 W. Randolph Fl.
Chicago, IL 60601

Nationscredit Financial Services
C/O CT Corporation
208 S. LaSalle St.
#814
Chicago, IL 60604