IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO., ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH ESHO, ET AL., ) <br> ) <br>       Defendants. ) | Civil No. 08-cv-2659 <br> Senior Judge Charles R. Norgle |

UNITED STATES' MOTION FOR ENLARGEMENT
OF TIME TO SERVE RESPONSE TO COMPLAINT

The defendant, the United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, upon the representation that the above-titled action was removed to this Court from the Kendall County Circuit Court by a Notice of Removal filed on May 8, 2008, so that under applicable provisions of the Federal Rules of Civil Procedure its answer or other response is due to be filed within five days of that date, moves this Court pursuant to the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure, for the entry of an order enlarging, until and including June 9, 2008, the time within which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the Complaint in the above-titled action.

The United States states the particular grounds for the motion as follows:

1. The United States of America was named as a defendant in an action commenced in the Cook County Circuit Court, Illinois.

2. On, or about, May 8, 2008, the United States removed the action to this Court.

3281713.1

- 2 -

3. Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts.  Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases.  The Rule goes on to prescribe certain periods for the service of an answer or other defenses.  The governing time period under Rule 81(c) may be as short as five days after removal.

Rule 6(b)(1) of the Federal Rules of Civil Procedure permits the district courts to enter orders enlarging the time in which certain acts are required to be done or may be done.  The United States is ordinarily afforded sixty days after service of a summons and complaint to serve an answer or otherwise to defend in a civil action (see, e.g., Rule 12(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 2410(b)).  The undersigned counsel represents that more than five days to prepare and to serve an appropriate response on behalf of the United States will be required.  The period of additional time requested is within the sixty-day period usually allowed by the Federal Rules of Civil Procedure and 28 U.S.C. § 2410(b).

4. The United States has demonstrated the requisite cause for granting its motion to enlarge the time period within which to respond to the Plaintiff's Complaint to and including June 9, 2008, so that the motion should be granted.

- 3 -

WHEREFORE, the movant requests the entry of an order enlarging the period of time within which the United States shall be permitted to respond to the Complaint until and including June 9, 2008.

                              PATRICK J. FITZGERALD
                              United States Attorney

                              JOEL R. NATHAN
                              Assistant United States Attorney


                              /s/ *Raagnee Beri*
                              RAAGNEE BERI
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 55, Ben Franklin Station
                              Washington, D.C. 20044-0055
                              (202) 305-7917
                              E-mail: Raagnee.Beri@usdoj.gov

- 4 -

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing Motion for Enlargement of Time to Serve Response to Complaint, which has been filed through the Electronic Case Filing (ECF) system, has this 15th day of May, 2008 been served by electronic means on those parties registered for ECF and upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Joseph Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Nationscredit Financial Services
c/o CT Corporation
208 LaSalle St., #814
Chicago, IL 60604

Shami Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Albertin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Karolin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

*s/ Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
Email: Raagnee.Beri@usdoj.gov

3281713.1