IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-cv-2659 |
| | ) | Senior Judge Charles R. Norgle |
| JOSEPH ESHO, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Friday, May 23, 2008, at 9:30 a.m., or as soon

thereafter as counsel may be heard, counsel for the United States shall appear before the

Honorable Charles R. Norgle, in the courtroom usually occupied by that Judge, at 219 South

Dearborn Street, Chicago, Illinois, to present the accompanying Motion for Enlargement of Time

to Serve Response to Complaint.

PATRICK J. FITZGERALD
United States Attorney

JOEL R. NATHAN
Assistant United States Attorney


/s/ *Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
E-mail: Raagnee.Beri@usdoj.gov

3282394.1

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I CERTIFY that service of the foregoing Notice of Motion, which has been filed through

the Electronic Case Filing (ECF) system, has this 15th day of May, 2008 been served by

electronic means on those parties registered for ECF and upon the following by depositing a

copy in the United States mail, postage prepaid, addressed to:

Joseph Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Nationscredit Financial Services
c/o CT Corporation
208 LaSalle St., #814
Chicago, IL 60604

Shami Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Albertin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Karolin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

*s/ Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
Email: Raagnee.Beri@usdoj.gov

3282394.1