**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Way−Ken Contractors Supply Co.
           Plaintiff,

v.                Case No.: 1:08−cv−02659
                Honorable Charles R. Norgle Sr.

Joseph Esho, et al.
           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2008:

  MINUTE entry before the Honorable Charles R. Norgle, Sr: United States' Motion for Enlargement of Time to Serve Response to Complaint [5] is granted. United States' time within which to respond to Plaintiff's Complaint is extended to and including June 9, 2008. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.