IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO.,  )  <br>  )  <br>  Plaintiff,  )  <br>  )  <br>  v.  )  <br>  )  <br> JOSEPH ESHO, et al.,  )  <br>  )  <br>  )  <br>  Defendants.  ) | Case No. 08-cv-2659  <br>  <br> (Formerly Case No.  <br> 08 CH 8959  <br> Cook County Circuit Court) |

UNITED STATES OF AMERICA'S ANSWER

NOW COMES the United States of America, by its undersigned counsel, and for its answer to the Plaintiffs' Complaint responds to the separately-numbered paragraphs of the Plaintiffs' Complaint (single-spaced in italics) as follows:

   *1.   The plaintiff's business is located in the County of Cook and State of Illinois, and that the real estate hereinafter described is located therein.*

   **ANSWER:**   Admits that the complaint describes property located in Cook County, Illinois, and currently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1.

   *2.   That by a judge's deed dated August 20, 2007, and recorded in the office of the Recorder of Deeds of Cook County, on September 13, 2007, as document No. R07-25622108, the plaintiff, WAY-KEN acquired an undivided one-half interest in fee simple title in the following described real estate situated in Cook county, Illinois and are described as follows:*

   *Lot 252 (EXCEPT THE EAST 6-2/3 FEET) AND THE EAST 10 FEET OF LOT 253 TO WILLIAM H. BRITIGAN'S BUDLONG WOODS GOLF CLUB ADDITION BEING A SUBDIVISION OF THE SOUTH ½ OF THE WEST ½ OF THE NORTHEAST 1/4 OF SECTION 12, TOWNSHIP 40 NORTH, RANGE*

*13 EAST OF THE THIRD PRINCIPAL MERIDIAN, COOK COUNTY, ILLINOIS
to have and to hold the same with all the appurtenances thereto belong forever.*

*2717 W. Farragut Ave., Chicago, IL 60625*

*That the above described real estate is being inhabited by Joseph Esho, Shami Esho, Karolin Esho and Albertin Esho. The deed is attached hereto as Exhibit "1".*

**ANSWER:** Admits that Exhibit 1 to plaintiff's complaint is a copy of a "Judge's Deed" dated August 20, 2007, and stamped recorded on September 13, 2007, in the Cook County Recorder of Deeds as document number 0725622108; and currently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2.

3.  *That the plaintiff and defendants, Joseph Esho and Shami Esho are therefore the owners of and seized in fee simple as tenants in common of the aforesaid real estate in the following interests:*

*(a)    plaintiff an undivided one-half interest;*
*(b)    Joseph Esho and Shami Esho an undivided one-half interest;*

**ANSWER:** The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3.

4.  *That the above described premises is the only real estate owned in common by the parties in paragraph 3 above and that Nationscredit Financial Services Corporation has an interest in the property because of a mortgage.*

*THE UNITED STATES OF AMERICA, by virtue of a NOTICE OF FEDERAL TAX LIEN filed against YOUSIF & SHAMI ESHO whose address is 2717 W. FARRAGUT AVE, CHICAGO, IL 60625, identified by ▬▬▬▬▬, for the non-payment of the 1040 tax for the tax period(s) ending 12/31/96, recorded in COOK County, IL, on 11/13/00, as Doc.#00888236, for $34,322.00 filed by the CHICAGO, Illinois Internal Revenue Office.*

*THE UNITED STATES OF AMERICA, by virtue of a NOTICE OF FEDERAL TAX LIEN filed against YOUSIF & SHAMI ESHO whose address is 2717 W. FARRAGUT AVE., CHICAGO, IL 60625, identified by #3▬▬▬▬▬ for the "non-payment of the 1040 tax for the tax period(s) ending 12/31/99, recorded in COOK County, Illinois Internal Revenue Office, on 12/11/00, as Doc. #00971927, for $2,317.18, filed by the*

*CHICAGO, Illinois Internal Revenue Office.*

*STATE OF ILLINOIS by virtue of a CLAIM FOR LIEN against the property located at 2717 FARRAGUT AVE., CHICAGO, IL 60625 for the purpose of NOTICE OF LIEN for contributions dated 4/17/01 and recorded 6/25/01 in the office of the Recorder of Deeds of COOK County as Document No. 0010552941 and in the sum of $817.04.*

**ANSWER:** Admits that on November 13, 2000 a Notice of Federal Tax Lien was recorded in Cook County, Illinois, at Recording Number 00888236, and avers that this was recorded as against Yousif and Shami Esho in the amount of $34,922.00 total for unpaid income taxes, for the tax years ended 12/31/1992, 12/31/1993, 12/31/1994, and 12/31/1996. Admits that on December 11, 2007 a Notice of Federal Tax Lien was recorded in Cook County, Illinois, at Recording Number 00971927, as against Yousif and Shami Esho in the amount of $2,317.18 total for unpaid income taxes for the tax year ended 12/31/1999. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4.

*5. That in addition to persons designated by name herein, there may be other persons who are interested in this action and who have or claim some right, title, interest of lien in, to, or upon the real estate, or some part thereof, in the Complaint described; that the name of each of such other persons is unknown to plaintiff and on diligent inquiry cannot be ascertained, and all such persons are therefore made parties defendant to this action by the name and description Unknown Owners and Claimants.*

**ANSWER:** The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

*6. The plaintiff wishes to sell it's half-interest in the property and the defendants Joseph Esho, Shami Esho do not. These two defendants and their two daughters, Karolin Esho and Albertin Esho now occupy the house. The plaintiff cannot sell the house without these defendants' cooperation and with them occupying the premises. The house must be put in a presentable condition and this cannot be done with them living in the house.*

**ANSWER:** The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. *That the plaintiff has not adequate remedy at law.*

**ANSWER:** The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

WHEREFORE, the defendant United States of America prays that should the Court determine to order a sale of the property, that the Court determine that the tax liens of the United States attach to the taxpayers' share of the proceeds and that that share, up to the amount of unpaid taxes and statutory accruals, be paid to the United States, and award the United States such other and further relief as the Court shall deem just and proper.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


*/s/ Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7917
Fax: (202) 514-5238
Email: Raagnee.Beri@usdoj.gov

CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing UNITED STATES OF AMERICA'S ANSWER, which has been filed through the Electronic Case Filing (ECF) system, has this 9th day of June, 2008 been served by electronic means on those parties registered for ECF and upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Joseph Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Nationscredit Financial Services
c/o CT Corporation
208 LaSalle St., #814
Chicago, IL 60604

Shami Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Albertin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

Karolin Esho
2717 W. Farragut Ave.
Chicago, IL 60625

*s/ Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
Email: Raagnee.Beri@usdoj.gov