UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO. | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 08 C 2659 |
| JOSEPH ESHO et al., | ) ) ) | Honorable Judge Norgle Honorable Mag. Judge Brown |
| Defendants. | ) ) ) | Circuit Court of Cook County, Illinois Case No. 08 CH 8959 |

**MOTION FOR LEAVE TO APPEAR AND EXTEND
<u>TIME TO ANSWER OR OTHERWISE PLEAD.</u>**

Defendant Nationscredit Financial Services Corporation ("NFSC"), through its attorneys, moves this court for relief as follows:

1. Plaintiff initiated a Complaint for Partition in the Circuit Court of Cook County. Plaintiff's action was removed pursuant to a Notice of Removal filed by the United States of America.

2. NFSC was served and the time to appear has run.

3. NFSC has retained counsel who is currently investigating the underlying facts raised by Plaintiff.

4. NFSC seeks leave to appear by counsel and for additional time to answer or otherwise plead.

5. Plaintiff has no objection to NFSC appearing or to an extension of time to answer or otherwise plead.

    6.    NFSC requests until July 10, 2008 to answer or otherwise plead.

WHEREFORE, NFSC requests relief as follows:

1. Leave for counsel to appear.

2. To extend the time to answer or otherwise plead to July 10, 2008.

3. Such other relief as this court may deem just and proper.

                  RESPECTFULLY SUBMITTED,
                  Nationscredit Financial Services Corporation.

                  _s/Michael J. Weik_____
                        One of its Attorneys

Michael J. Weik #3125782
Craig C. Smith #6238126
Smith & Weik LLC
19 S. LaSalle Suite 601
Chicago, Illinois, 60603
312-443-9540