## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Way−Ken Contractors Supply Co.
                                          Plaintiff,

v.                                                                   Case No.: 1:08−cv−02659
                                                                   Honorable Charles R. Norgle Sr.

Joseph Esho, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Motion for Leave to Appear and Extend Time to Answer or Otherwise Plead [9] is granted. NFSC's time to answer or otherwise plead is extend to and including July 10, 2008. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.