## *United States District Court for the Northern District of Illinois*

Case Number: 08cv2659      Assigned/Issued By: DAJ

Judge Name:      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
         ☐ IFP     ☐ No Fee   ☐ Other _____
         ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                          _____
☐ Citation to Discover Assets       (Victim, Against and $ Amount)

☐ Writ _____
    (Type of Writ)

__1__ Original and __1__ copies on __06/16/08__ as to __STATE OF ILLINOIS.__
                        (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05