UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 2659 |
| | ) | |
| JOSEPH ESHO et al., | ) | Honorable Judge Norgle |
| | ) | Honorable Mag. Judge Brown |
| | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 08 CH 8959 |

**AGREED MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE PLEAD.**

Defendant Nationscredit Financial Services Corporation ("NFSC"), through its attorneys, moves this court for relief as follows:

1.     Plaintiff initiated a Complaint for Partition against defendants, Joseph Esho, Shami Esho, NFSC and others.

2.     Plaintiff claims to have acquired an undivided one-half ownership interest in real estate commonly known as 2717 W. Farragut Ave. Chicago Illinois ("Property") by Judge's Deed.

3.     Plaintiff alleges that Joseph and Shami Esho also own an undivided one-half interest in the Property and that NFSC has a prior first mortgage executed by Joseph and Shami Esho that is secured by the Property.

4.     On June 13, 2008, NFSC was given until July 10, 2008 to respond to Plaintiff's Complaint.

5.      In the interim, the attorneys for Plaintiff, NFSC, and Joseph and Shami Esho have been engaged in discussions regarding ways of resolving the issues either without engaging in further time consuming and expensive litigation or in a way that would limit the expense. Those discussions are ongoing and substantive.

6.      To facilitate those discussions and possibly limit expenses, Plaintiff, NFSC and Joseph and Shami Esho have agreed that NFSC be given additional time until July 31, 2008, to respond to Plaintiff's Complaint.

7.      NFSC requests that the time for it to respond be extended until July 31, 2008.

WHEREFORE, NFSC requests relief as follows:

1.      To extend the time to answer or otherwise plead to July 31, 2008.

2.      Such other relief as this court may deem just and proper.

RESPECTFULLY SUBMITTED,
Nationscredit Financial Services Corporation.

_s/Michael J. Weik_____ _____
                One of its Attorneys

Michael J. Weik #3125782
Craig C. Smith #6238126
Smith & Weik LLC
10 S. LaSalle, Suite 3702
Chicago, Illinois, 60603
312-443-9540