UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO. | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 08 C 2659 |
| JOSEPH ESHO et al., | ) ) ) | Honorable Judge Norgle Honorable Mag. Judge Brown |
| Defendants. | ) ) ) | Circuit Court of Cook County, Illinois Case No. 08 CH 8959 |

## NOTICE OF MOTION

TO:   All Parties of Record

Please take notice that on July 18, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle in Room 2341 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present Nationscredit Financial Services Corporation's Motion to Extend Time to Answer or Otherwise Plead.

s/ Michael J. Weik_____
One of Nationscredit's Attorneys

Michael J. Weik,  #3125782
Smith & Weik LLC
10 S. LaSalle Street, Suite 3702
Chicago, Illinois   60603
312-443-9540

## PROOF OF SERVICE

The undersigned certifies, deposes and says upon oath that on July 10, 2008 the undersigned served the above Notice, together with true and accurate copies of the above stated instruments upon all parties of records by the electronic filing system for the Northern District Court and by agreement to the attorney for Joseph and Shami Esho by electronic mail at the address counsel provided.

s/ Michael J. Weik_____
Attorney