UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WAY-KEN CONTRACTORS SUPPLY CO.,  )
)
      Plaintiff,  )
)
v.  )   08 C 2659
)
JOSEPH ESHO et al.,  )   Honorable Judge Norgle
)   Honorable Mag. Judge Brown
)
)   Circuit Court of
      Defendants.  )   Cook County, Illinois
      Case No. 08 CH 8959

**NATIONSCREDIT FINANCIAL SERVICES
CORPORATION'S ANSWER T0 COMPLAINT FOR PARTITION AND
COUNTERCLAIM AND CROSS CLAIM FOR DECLARATION OF RIGHTS.**

NATIONSCREDIT FINANCIAL SERVICES CORPORATION, by its attorneys, responds to Plaintiff's Complaint as follows:

1. The plaintiff's business is located in the County of Cook and State of Illinois, and that the real estate hereinafter described is located therein.

ANSWER: Nationscredit lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph and therefore denies same.

2. That by a judge's deed dated August 20, 2007, and recorded in the office of the Recorder of Deeds of Cook County, on September 13, 2007, as document No. R07-25622108, the plaintiff, WAY-KEN acquired an undivided one-half interest in fee simple title in the following described real estate situated in Cook county, Illinois and are described as follows:

    Lot 252 (EXCEPT THE EAST 6-2/3 FEET) AND THE EAST 10 FEET OF LOT
    253 TO WILLIAM H. BRITIGAN'S BUDLONG WOODS GOLF CLUB

ADDITION BEING A SUBDIVISION OF THE SOUTH ½ OF THE WEST ½ OF THE NORTHEAST ¼ OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, COOK COUNTY, ILLINOIS to have and to hold the same with all the appurtenances thereto belonging forever.

2717 W. Farragut Ave., Chicago, IL 60625

That the above described real estate is being inhabited by Joseph Esho, Shami Esho, Karolin Esho and Albertin Esho. The deed is attached hereto as Exhibit "1".

ANSWER: Nationscredit lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph and therefore denies same except that Nationscredit was informed that Joseph Esho did live at a property with the same common address. Nationscredit further affirmatively states that the deed attached provides that any interest obtained is subject to existing liens which would include Nationscredit's mortgage lien.

3. That the plaintiff and defendants, Joseph Esho and Shami Esho are therefore the owners of and seized in fee simple as tenants in common of the aforesaid real estate in the following interests:

    (a)    plaintiff an undivided one-half interest;

    (b)    Joseph Esho and Shami Esho an undivided one-half interest;

ANSWER: Nationscredit objects to this paragraph as it contains the legal conclusions of the pleader rather than allegations of fact. Nationscredit otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph and therefore denies same.

4. That the above described premises is the only real estate owned in common by the parties in paragraph 3 above and that Nationscredit Financial Services Corporation has an

interest in the property because of a mortgage.

>   THE UNITED STATES OF AMERICA, by virtue of a NOTICE OF FEDERAL TAX LIEN filed against YOUSIF & SHAMI ESHQ whose address is 2717 W FARRAGUT AVE, CHICAGO, IL 60625, identified by #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, for the non-payment of the 1040 tax for the tax period(s) ending 12/31/96, recorded in COOK County, IL, on 11/13/00, as Doc. #00888236, for $34,322.00 filed by the CHICAGO, Illinois Internal Revenue Office.
>
>   THE UNITED STATES OF AMERICA, by virtue of a NOTICE OF FEDERAL TAX LIEN filed against YOUSIF & SHAMI ESHO whose address is 2717 W FARRAGUT AVE., CHICAGO, IL 60625, identified by #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, for the "non-payment of the 1040 tax for the tax period(s) ending 12/31/99, recorded in COOK County, IL, on 12/11/00, as Doc.#00971927, for $2,317.18 , filed by the CHICAGO, Illinois Internal Revenue Office.
>
>   STATE OF ILLINOIS by virtue of a CLAIM FOR LIEN against the property located at 2717 FARRAGUT AVE., CHICAGO, IL 60625 for the purpose of NOTICE OF LIEN for contributions dated 4/17/01 and recorded 06/25/01 in the office of the Recorder of Deeds of COOK County as Document No. 0010552941 and in the sum of $817.04.

ANSWER:   Nationscredit admits that it has a mortgage on the property legally described and affirmatively states that its mortgage is prior and superior to any other lien and that any interest that Plaintiff may have is subject to and encumbered by Nationscredit's mortgage. Nationscredit lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph and therefore denies same.

5.   That in addition to persons designated by name herein, there may be other persons who are interested in this action and who have or claim some right, title, interest or lien in, to, or upon the real estate, or some part thereof, in the Complaint described; that the name of each of such other persons is unknown to plaintiff and on diligent inquiry cannot be ascertained, and all such persons are therefore made parties defendant to this action by the name and description Unknown Owners and Claimants.

ANSWER: Nationscredit lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph and therefore denies same.

6. The plaintiff wishes to sell it's half-interest in the property and the defendants Joseph Esho, Shami Esho do not. These two defendants and their two daughters, Karolin Esho and Albertin Esho now occupy the house. The plaintiff cannot sell the house without these defendants' cooperation and with them occupying the premises. The house must be put in a presentable condition and this cannot be done with them living in the house.

ANSWER: Nationscredit lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph and therefore denies same.

7. That the plaintiff has no adequate remedy at law.

ANSWER: Nationscredit denies the allegations of this paragraph.

WHEREFORE, Nationscredit prays as follows:

(a) For dismissal of Plaintiff's complaint.

(b) In the event that a sale is ordered that any sale be subject to conditions including that the property is sold only so long as the proceeds are sufficient to fully satisfy and pay all amounts due Nationscredit, including but not limited to the fees, costs and expenses incurred herein and that Nationscredit is first paid before any other funds are disbursed.

(c) That Nationscredit may have such other and further relief in the premises as law and equity may require.

BY: s/Michael J. Weik

Michael J. Weik  # 3125782
Smith & Weik LLC
10 S. LaSalle Street, Suite 3702
Chicago, IL 60603
312-443-9540

## AFFIRMATIVE DEFENSE.

For and as its First Affirmative Defense, Nationscredit states that Plaintiff has failed to state a claim against Nationscredit for which it can obtain relief.

## COUNTERCOMPLAINT AND CROSS CLAIM FOR DECLARATION OF RIGHTS

Nationscredit states as follows:

1. Nationscredit brings this action against Plaintiff and each of the defendants.

2. Plaintiff has brought an action for partition of real estate legally described in its complaint.

3. Plaintiff has alleged that it obtained an interest in the property legally described by way of a Judge's Deed, a copy of which is attached to the Complaint.

4. The Judge's Deed by its express terms provides that any interest that Plaintiff acquired was subject to "any mortgages".

5. At the time Plaintiff acquired its interest, Nationscredit had a first mortgage on the subject property. The mortgage was executed by Joseph Esho and Shami Esho to secure a note in the original amount of $81,950.00.

6. Nationscredit mortgage and the note remain outstanding.

7. Although Nationscredit denies that Plaintiff is entitled to partition or that the subject property may be partitioned, in the event that the court were to consider partition that any relief granted should include as follows:

   a. A declaration that Nationscredit has a first and superior lien on the property.

   b. A declaration that any partition of the property, including sale, would be conditioned on receipt by Nationscredit of proceeds sufficient to fully satisfy all amounts due Nationscredit pursuant to the note and mortgage.

   c. A determination of the amounts then due and owing Nationscredit including

      any amounts due pursuant to the note and mortgage as the result of having to defend this action and protect its security interest.

   d. An order that Nationscredit be paid prior to any other party.

   e. Such other relief as may be deemed just and proper.

Wherefore, Nationscredit requests relief consistent with the foregoing.

                              Respectfully Submitted,

                              Nationscredit Financial Services Corp.

                              s/Michael J. Weik_____

Michael J. Weik  # 3125782
Smith & Weik LLC
10 S. LaSalle Street, Suite 3702
Chicago, IL 60603
312-443-9540

## CERTIFICATION

I, Mindy C. Leetham, under penalties of perjury as provided pursuant to 735 ILCS 5/1-109, certify that, as the duly authorized representative of Select Portfolio Servicing Inc, authorized servicing agent and attorney-in-fact for Nationscredit Financial Services Corporation, I have read the foregoing answer and that to the best of my knowledge the statements set forth therein are true and correct. I further certify that those responses wherein it is stated that Nationscredit lacks sufficient information or knowledge to admit or deny are true.

*Mindy C. Leetham*