UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 2659 |
| | ) | |
| JOSEPH ESHO et al., | ) | Honorable Judge Norgle |
| | ) | Honorable Mag. Judge Brown |
| | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 08 CH 8959 |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

Please be advised that I, Michael J. Weik, certify that on July 31, 2008 I caused to be filed NATIONSCREDIT FINANCIAL SERVICES CORPORATIONS'S ANSWER TO COMPLAINT FOR PARTITION AND COUNTERCLAIM AND CROSS CLAIM FOR DECLARATION OF RIGHTS via the Court's ECF Document Filing System.

s/Michael J. Weik_____

Michael J. Weik #3125782
Smith & Weik LLC.
10 S. LaSalle Suite 3702
Chicago, IL  60603
312-443-9540

## CERTIFICATE OF SERVICE

Please be advised that I, Michael J. Weik, certify I served the above referenced instrument by electronic notification through the Court's ECF Document Filing System to all counsel of record and by electronic mail to the attorney for the Esho defendants on July 31, 2008

s/ Michael J. Weik_____

1