**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                      Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES        NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES        NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES        NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 08-cv-2659 |
| v. | ) Senior Judge Charles R. Norgle |
| | ) |
| JOSEPH ESHO, ET. AL., | ) |
| | ) |
| Defendants. | ) |

MOTION FOR LEAVE TO FILE APPEARANCE

NOW COMES movant, PATRICIA E. BENDER, motioning for leave to file her appearance as counsel for the defendants, Joseph Esho, Shami Esho, Karolin Esho, and Albertin Esho, on the above captioned case.

/s/Patricia Bender

Patricia E. Bender

Patricia E. Bender
Attorney at Law
5415 N. Sheridan Rd. Suite 1411
Chicago, Illinois 60640
(773) 878-7148
E-mail: Bender5275@aol.com

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAY-KEN CONTRACTORS SUPPLY CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 08-cv-2659 |
| v. | ) Senior Judge Charles R. Norgle |
| | ) |
| JOSEPH ESHO, ET. AL., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF MOTION

To:
Raagnee Beri, U. S. Dept. of Justice, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044-0055  E-mail: Raagnee.Beri@usdoj.gov

Mark Gryska, Nigro & Westfall, P.C. 1793 Bloomingdale Rd. Glendale Heights, Il. 60139 E-mail: mark@nigrowestfall.com

Michael J. Weik, Smith Weik LLC 10 S. LaSalle Street, Suite 3702 Chicago, Il. 60603 E-mail: mweik@smithweiklaw.com


PLEASE TAKE NOTICE that on August 15, 2008, at 9:30 a.m. , I shall appear before the Honorable Charles R. Norgle,  in courtroom 2341 at the United States District courthouse, 219 South Dearborn, Chicago, Illinois and then and there present the attached Motion For Leave to File Appearance, a copy of which is attached hereto and served upon you.

CERTIFICATE OF SERVICE

I,  Patricia E. Bender, certify that service of the  Notice and Motion, have been filed through the Electronic Case Filing (ECF) System, this 7th day of August, 2008.

/s/ Patricia Bender
Patricia E. Bender
Attorney at Law
5415 N. Sheridan Rd. Suite 1411
Chicago, Illinois 60640
(773) 878-7148
E-mail: Bender5275@aol.com