Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2659 | DATE | 8/11/2008 |
| CASE TITLE | Way-Ken vs. Esho | | |

**DOCKET ENTRY TEXT**

Motion for Leave to File Appearance [19-2] is granted.

*Charles Norgle* (signature)

Docketing to mail notices.

| | U.S. DISTRICT COURT CLERK 2008 AUG 12 PM 4:16 FILED | Courtroom Deputy Initials: | |
|---|---|---|---|