UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WAY-KEN CONTRACTORS SUPPLY CO.

      Plaintiff,

      -vs-

JOSEPH ESHO, SHAMI ESHO, KAROLIN ESHO, ALBERTIN ESHO, NATIONSCREDIT FINANCIAL SERVICES CORPORATION, THE UNITED STATES OF AMERICA, STATE OF ILLINOIS AND UNKNOWN OWNERS and CLAIMANTS
      Defendants.

08- cv -2659

**PLAINTIFF'S ANSWER TO NATIONSCREDIT FINANCIAL SERVICES CORPORATION'S COUNTER-COMPLAINT**

NOW COMES, plaintiff, WAY-KEN CONTRACTORS SUPPLY CO. by and through its attorneys, Nigro & Westfall, P.C. and in answer to the defendant, NATIONSCREDIT FINANCIAL SERVICES CORPORATION'S COUNTER-CLAIM, states as follows:

**COUNTER-COMPLAINT AND CROSS CLAIM FOR DECLARATION OF RIGHTS**

NOW COMES, plaintiff, WAY-KEN CONTRACTORS SUPPLY CO., by and through its attorneys, NIGRO & WESTFALL, P. C. and therein files this Answer to NATIONSCREDIT FINANCIAL SERVICES CORPORATION'S Counter-Complaint and as such plaintiff states:

1. Nationscredit brings this action against Plaintiff and each of the defendants.
**Answer:** **The plaintiff admits the allegation contained in paragraph 1 of the defendant, Nationscredit financial Services Corporation's Counter-Complaint.**

2. Plaintiff has brought an action for partition of real estate legally described in its complaint.
**Answer:** **The plaintiff admits the allegation contained in paragraph 2 of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint.**

3. Plaintiff has alleged that it obtained an interest in the property legally described by way of

a Judge's Deed, a copy of which is attached to the Complaint.
**Answer:       The plaintiff admits the allegation contained in paragraph 3 of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint.**

4.     The Judge's Deed by its express terms provides that any interest that Plaintiff acquired was subject to "any mortgages".
**Answer:       The plaintiff admits the allegation contained in paragraph 4 of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint.**

5.     At the time Plaintiff acquired its interest, Nationscredit had a first mortgage on the subject property. The mortgage was executed by Joseph Esho and Shami Esho to secure a note in the original amount of $81,950.00.
**Answer:       Plaintiff neither admits nor denies the allegations contained in Paragraph 5 of Nationscredit financial Services Corporation's Counter-Complaint not having sufficient knowledge upon which to base a belief, and demands strict proof thereof.**

6.     Nationscredit mortgage and the note remain outstanding.
**Answer:       The plaintiff admits the allegation contained in paragraph 6 of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint.**

7.     Although Nationscredit denies that Plaintiff is entitled to partition or that the subject property may be partitioned, in the event that the court were to consider partition that any relief granted should include as follows:
**Answer:       The plaintiff denies the allegation contained in paragraph 7 of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint.**

    a.     A declaration that Nationscredit has a first and superior lien on the property.
**Answer :       The plaintiff denies the allegation contained in paragraphs 7a of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint and affirmatively states that the IRS and the State of Illinois liens may be superior to Nationscredit's lien.**
    b.     A declaration that any partition of the property, including sale, would be conditioned on receipt by Nationscredit of proceeds sufficient to fully satisfy all amounts due Nationscredit pursuant to the note and mortgage.
**Answer:       The plaintiff admits the allegation contained in paragraph 7b of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint.**

    c.     A determination of the amounts then due and owing Nationscredit including any amounts due pursuant to the note and mortgage as the result of having to defend this action and protect its security interest.
**Answer:       The plaintiff admits the allegation contained in paragraph 7c of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint.**
    d.     An order that Nationscredit be paid prior to any other party.
**Answer:       The plaintiff denies the allegation contained in paragraph 7d of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint.**

   e.  Such other relief as may be deemed just and proper.

**Answer:  The plaintiff admits the allegation contained in paragraph 7e of the defendant, Nationscredit Financial Services Corporation's Counter-Complaint.**

  WHEREFORE, the plaintiff WAY-KEN CONTRACTORS SUPPLY CO. prays this Honorable Court determine the rights and interests of the parties and the position of the their liens.

          WAY-KEN CONTRACTORS SUPPLY CO.



          BY:   /S/ MARK GRYSKA


NIGRO & WESTFALL, P.C.
1793 Bloomingdale Road
Glendale Heights, IL. 60139
(630) 682-9872

**VERIFICATION BY CERTIFICATION**
**§1-109 AND §2-610(b) OF**
**THE CODE OF CIVIL PROCEDURE**

KEN WEINKE, under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

/S/ KEN WEINKE

Nigro & Westfall, P.C.
1793 Bloomingdale Road
Glendale Heights, IL. 60139
(630) 682-9872

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF DuPAGE | ) |

**CERTIFICATE OF SERVICE**

Diane Piquette, a non-attorney, hereby certifies, pursuant to 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, that she caused a true and correct copy of the foregoing answer to counter-claim be served upon below listed at their address of record, by mailing a copy, in the properly addressed, postage prepaid envelope in the United States mail box at Carol Stream, Illinois on <u>August 6 2008.</u>



/S/ DIANE PIQUETTE

TO:   Patricia Bender
      5415 North Sheridan Road
      Suite 1411
      Chicago, IL 60640

      Michael J .Weik
      Smith & Weik LLC
      10 S. LaSalle
      Suite 3702
      Chicago, IL 60603

      Raagnee Beri
      US Dept. of Justice
      PO Box 55
      Washington, DC  20044

      State of Illinois
      Lisa Madigan
      100 W. Randolph
      Chicago, IL 60601