UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WAY-KEN CONTRACTORS SUPPLY CO.

       Plaintiff,                                 08- cv -2659
             -vs-

JOSEPH ESHO, SHAMI ESHO, KAROLIN ESHO,
ALBERTIN ESHO, NATIONSCREDIT FINANCIAL
SERVICES CORPORATION, THE UNITED STATES OF
AMERICA, STATE OF ILLINOIS AND  UNKNOWN
OWNERS and CLAIMANTS
              Defendants.

## PLAINTIFF WAY-KEN CONTRACTORS SUPPLY CO'S ANSWER TO NATIONSCREDIT FINANCIAL SERVICES CORPORATION'S AFFIRMATIVE DEFENSES

NOW COMES, plaintiff, WAY-KEN CONTRACTORS SUPPLY CO.  by and through

its attorneys, Nigro & Westfall, P.C. and in answer to the defendant, NATIONSCREDIT

FINANCIAL SERVICES CORPORATION'S  AFFIRMATIVE DEFENSES, states as follows:

For and as its First Affirmative Defense, Nationscredit states that Plaintiff has failed to
state a claim against Nationscredit for which it can obtain relief.

**Answer:**       **The plaintiff denies the allegations contained in paragraph 1.**

Wherefore plaintiff requests that the affirmative defense be denied and that plaintiff be

awarded the relief prayed for in its Complaint.

WAY-KEN CONTRACTORS SUPPLY CO.


BY: ____/S/ MARK GRYSKA___

NIGRO & WESTFALL, P.C.
1793 Bloomingdale Road
Glendale Heights, IL. 60139
(630) 682-9872

STATE OF ILLINOIS        )

                                    ) SS.

COUNTY OF DuPAGE     )

## CERTIFICATE OF SERVICE

Diane Piquette, a non-attorney, hereby certifies, pursuant to 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, that she caused a true and correct copy of the foregoing answer to affirmative defenses be served upon below listed  at their address of record, by mailing a copy, in the properly addressed, postage prepaid envelope in the United States  mail box at Carol Stream, Illinois on _____ August 6, 2008 .

_____/S/ DIANE PIQUETTE_____

TO:    Patricia Bender
        5415 North Sheridan Road
        Suite 1411
        Chicago, IL 60640

        Michael J .Weik
        Smith & Weik LLC
        10 S. LaSalle
        Suite 3702
        Chicago, IL 60603

        Raagnee Beri
        US Dept. of Justice
        PO Box 55
        Washington, DC  20044

        State of Illinois
        Lisa Madigan
        100 W. Randolph
        Chicago, IL 60601